Tenth Court of Appeals of Texas Waco, Texas , Clerk

Dear Clerk;

Enclosed please find my pro se Defendants Motion for Extension of Time to File Petition for Discretionary Review. Please file this Motion and bring it to the attention of the Court.

RECEIVED
DEC 17 2015
COURT OF APPEALS
WACO, TEXAS

Please date-stamp this letter and return it to me at my address shown below.

I also request that you notify me of the Courts ruling on my Motion.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 21 2015

Abel Acosta, Clerk

Sincerely;

Jarvis McDavid (Dunk)
Defendant, Pro se

FILED IN
COURT OF CRIMINAL APPEALS
DEC 22 2015

Abel Acosta, Clerk

Gurney Unit, 1385 F.M. 3328
Palestine, Tx. 75803

In The
Court of Criminal Appeals
Waco, Texas 76701-1373

Jarvis Dunk McDavid

From Appeal No 10-15-00112-CR
Trial Cause No. 35700-CR
Navarro County

First Motion For Extension of Time To File
Petition For Discretionary Review

To The Honorable Judges of The Court of Criminal Appeals: Chief Justice Tom Gray, Justice Rex D. Davis, And Justice Al Scoggins

Comes Now, Jarvis Dunk McDavid, Petitioner, and files this Motion for an extension of (60) days in which to file a Petition for Discretionary Review. In Support of this Motion, appellant shows the Court the following:

## I.

The Petitioner was Convicted in the 13th Judicial District Court of Navarro County, Texas of the offense of Aggravated Assault with Deadly Weapon (knife) in Cause No D 35700CR, Styled State of Texas vs. Jarvis Dunk McDavid The petitioner appealed to the Court of Appeals Tenth Supreme Judicial District. The case was affirmed on December 3, 2015.

## II.

The present deadline for filing the Petition for Discretionary Review is January 3, 2016. The Petitioner has not requested any Extension Prior request.

# III.

Petitioner's request for an extension is based upon the following facts: Petitioner's was not informed of the decision of the Court of Appeals in affirming his case until December 8, 2015. Since that time Petitioner has been attempting to gain legal representation in this Matter. His attorney on Appeal, Jason Edward Niehaus has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

WHEREFORE, Petitioner prays this Court grant this motion and extend the deadline for filing the Petition for Discretionary Review in Case No 10-15-00112-CR to February 3, 2016.

Jarvis Dunk McDavid
    Petitioner, Pro Se
Texas Department of Criminal Justice
Gurney Unit
T.D.C.J- ID # 1989610

Anderson, County
Palestine, Texas 75803

I, Jarvis Dunk McDavid, T.D.C.J # 1989610, being presently incarcerated in the Gurney Unit of the Texas Department of Criminal Justice in Anderson, County Texas verify and declare under penalty of perjury that the foregoing statements are true and correct, Executed on this the 11th day of December, 2015.

Jarvis Dunk McDavid

Gurney Unit, T.D.C.J # 1989610